### F. M. COBURN v. AMERICAN RAILWAY EXPRESS COMPANY.

(Filed 28 September, 1921.)

**Appeal and Error—Verdict—Evidence.**

> The verdict of the jury on conflicting and sufficient evidence will not be disturbed on appeal.

APPEAL by defendant from *Cranmer, J.,* at March Term, 1921, of HALIFAX.

Action to recover damages for the loss of two express packages alleged to be worth the sum of $136.75.

From a verdict and judgment in favor of plaintiff, the defendant appealed.

*No counsel for plaintiff.*
*Daniel & Daniel for defendant.*

PER CURIAM. The controversy on trial narrowed itself to a question as to whether the defendant had accepted the packages for shipment in its capacity as a common carrier, the defendant contending that its duties were only those of a warehouseman at the time of the loss of the goods. Upon this disputed question of fact, his Honor submitted the case to the jury, and they have found in favor of the plaintiff.

There was an exception to the charge and the refusal to give one of plaintiff's prayers for instructions. Upon the record, we do not think these exceptions can be sustained. The motion to nonsuit was properly overruled. We have discovered no sufficient reason for disturbing the result.

No error.